IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LARRY EUGENE SCHRADER,

        Plaintiff,                No. 3:10-cv-6287-JE

    v.

MICHAEL J. ASTRUE, Commissioner        ORDER
of Social Security,

        Defendant.

HERNANDEZ, District Judge:

    Magistrate Judge Jelderks issued a Findings and Recommendation (#15) on February 23, 2012, in which he recommends that this Court reverse the Commissioner's decision denying plaintiff's application for disability insurance benefits, and remand the action to the agency for an award of benefits.  .

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. <u>United States v.</u>

1 - ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [15]. Accordingly, the Commissioner's decision is reversed and this action is remanded for an award of benefits.

IT IS SO ORDERED.

DATED this __2nd__ day of __April__, 2012.

                                                s/Marco A. Hernandez  
                                                MARCO A. HERNANDEZ  
                                                United States District Judge