Kathryn Tassinari, OSB # 80115
Robert A. Baron, OSB #89020
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR  97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON


LARRY EUGENE SCHRADER,            )
                                                       )    Case No. 3:10-cv-06287-JE
               Plaintiff,                        )
        vs.                                        )
                                                       )    ORDER FOR PAYMENT OF ATTORNEY
MICHAEL J. ASTRUE,                    )    FEES PURSUANT TO EAJA
Commissioner, Social Security       )
Administration ,                           )
                                                       )
               Defendant.                     )

        Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $4,293.35 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act

(EAJA), 28 U.S.C. § 2412, and costs of $350.00 pursuant to 28 U.S.C § 1920. Payment of this

award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at

Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant

to *Astrue v. Ratliff,* the award shall be made payable to Plaintiff's attorney if the commissioner

confirms that Plaintiff owes no debt to the government through the federal treasury offset

program.  There are no expenses to be paid herein.

        Dated this _2nd_ day of July 2012.


                                                    _/s/ Marco A. Hernandez_____
                                                    U.S. District Judge


PRESENTED BY:
s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff